and judgment ordered for plaintiff for the sum of $520.50 and interest, with costs. All concur.

JOHN E. WILLIS, Respondent, v. FRED SCHUMAKER and Another, Appellants.— Order modified by striking out provision allowing ten dollars motion costs, and as modified affirmed, with costs to respondent to abide event. All concur.

ELMWOOD-SUMMER CORPORATION, Respondent, v. LESLIE R. VEATCH, Appellant.— Judgment and order affirmed, with costs. All concur.

RALPH M. MESLER, Respondent, v. RICHLAND BASKET COMPANY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the grounds: First, that the place where the contract was entered into was Oswego county; second, that the affidavit of plaintiff does not deny he was limited by contract to the sale of five carloads of baskets for the sale of which he has been paid; third, that plaintiff's affidavit does not state that he has a single witness who resides in Niagara county where the venue is laid, although the court will take judicial notice from the statements in the affidavit that five of the persons named reside outside of Niagara county; fourth, that of the persons named as proposed witnesses and who can properly be considered, the greatest number reside in Oswego county. All concur.

JOHN PIZZOLANTI, Respondent, v. FRANK PAGANO, Appellant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Application of EDWARDS D. EMERSON and Others, as and Constituting the Board of Education of Buffalo, Appellants, for a Mandamus Order against FRANK X. SCHWAB and Others, as Members of and Constituting the Council of the City of Buffalo, Respondents.— Motion for leave to appeal to the Court of Appeals from the order of affirmance of the order of Erie Special Term denying petitioners' motion to compel respondents to accept reply affidavits denied. [See ante, p. 647.]

In the Matter of the Application of EDWARDS D. EMERSON and Others, as and Constituting the Board of Education of Buffalo, Appellants, for a Mandamus Order against FRANK X. SCHWAB and Others, as Members of and Constituting the Council of the City of Buffalo, Respondents.— Motion to amend order of affirmance of order of Erie Special Term denying application for a peremptory writ of mandamus granted, and said order of affirmance amended by adding thereto the provision that said affirmance and the refusal of the court to grant the mandamus order herein is based, not upon discretion, but solely upon questions of law involved in the proceeding. [See ante, p. 647.] Motion for leave to appeal to the Court of Appeals from the order of affirmance of the order of Erie Special Term denying application for a peremptory writ of mandamus granted.

ALVAH F. STAHL, Plaintiff, v. BERTHA NORWICH and Others, Appellants. JOSEPH H. OBERLIES, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

JOSEPH LANSKY and Another, Respondents, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

SAGINAW MEDICINE COMPANY, Respondent, v. HARVEY STOLTS and Others, Appellants.— Motion granted and appeal dismissed.

PERRY SAYRES, Respondent, v. DECKER AUTOMOBILE COMPANY, Appellant.— Motion to vacate order herein dismissing appeal granted, and appellant's time